# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CAROLYN S. LONG,<br><br>       Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>       Defendant. | C15-5274-TSZ<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, docket no. 13, to which no timely objection was made, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation; and

(3) The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to Magistrate Judge Donohue.

IT IS SO ORDERED.

Dated this 7th day of January, 2016.

                                                                      /s/ Thomas S. Zilly<br>
                                                                      Thomas S. Zilly<br>
                                                                      United States District Judge

ORDER - 1